JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE ARRIOLA and MARLINE ARRIOLA,<br><br>    Plaintiffs,<br><br>v.<br><br>FLAGSTAR BANK, a business entity form unknown, and DOES 1-100, inclusive,<br><br>    Defendants. | Case No: 2:15-cv-09744 RSWL (JEMx)<br><br>[Assigned for all purposes to the Honorable Ronald S.W. Lew]<br><br>ORDER FOR DISMISSAL WITH PREJUDICE FOR FLAGSTAR BANK, FSB |

The Court having considered the parties' stipulation for dismissal and good cause appearing,

IT IS ORDERED that the stipulation is granted. This action is dismissed in its entirety with prejudice with each party to bear its own attorneys' fees and costs.

Dated: 8/15/2016         s/ RONALD S.W. LEW
                        SENIOR U.S. DISTRICT JUDGE